## UNITED STATES BANKRUPTCY COURT

In re: | Case No.

Debtor(s)

    , chapter trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 02(b)(1). The trustee declares as follows:

1) The case was filed on .

1) The case was filed on , and was converted to chapter on .

2) The plan was confirmed on .

5) The case was on .

6) Number of months from filing to last payment: <u>0</u>.

7) Number of months case was pending: <u>0</u>.

8) Total value of assets abandoned by court order: .

9) Total value of assets exempted: .

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case .

**UST Form 101--FR- (09/01/2009)**

**Receipts:**

　　Total paid by or on behalf of the debtor
　　Less amount refunded to debtor

**NET RECEIPTS:**　　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00

---

**Expenses of Administration:**

　　Attorney's Fees Paid Through the Plan
　　Court Costs
　　Trustee Expenses & Compensation
　　Other
**TOTAL EXPENSES OF ADMINISTRATION:**　　　　　　　　　　　　　$0.00

Attorney fees paid and disclosed by debtor:

---

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| 　　Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| 　　Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| 　　Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 　　All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| 　　Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| 　　Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| 　　All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101--FR- (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12)   By: /s/ _____
                                    Trustee

Dated: 05/22/2013

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101--FR- (09/01/2009)**